UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

United States of America,                    )        Case No. CR 18-00032 CRB
                                             )
            *Plaintiff*,                      )        STIPULATED ORDER EXCLUDING TIME
      v.                                     )        UNDER THE SPEEDY TRIAL ACT
                                             )
Renee Klionsky                              )
            *Defendant(s)*.                   )

For the reasons stated by the parties on the record on 2/14/18 _____, the Court excludes time under the Speedy Trial Act from 2/14/18 _____ to 3/9/18 _____ and finds that the ends of justice served by the continuance outweigh the best interest of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A). The Court makes this finding and bases this continuance on the following factor(s):

_____    Failure to grant a continuance would be likely to result in a miscarriage of justice.
         *See* 8 U.S.C. § 3161(h)(7)(B)(i).

_____    The case is so unusual or so complex, due to [*check applicable reasons*] _____ the number of
         defendants, _____ the nature of the prosecution, or _____ the existence of novel questions of fact
         or law, that it is unreasonable to expect adequate preparation for pretrial proceedings or the trial
         itself within the time limits established by this section. *See* 18 U.S.C. § 3161(h)(7)(B)(ii).

_____    Failure to grant a continuance would deny the defendant reasonable time to obtain counsel,
         taking into account the exercise of due diligence. *See* 18 U.S.C. §3161(h)(7)(B)(iv).

_____    Failure to grant a continuance would unreasonably deny the defendant continuity of counsel, given
         counsel's other scheduled case commitments, taking into account the exercise of due diligence.
         *See* 18 U.S.C. §3161(h)(7)(B)(iv).

__X__    Failure to grant a continuance would unreasonably deny the defendant the reasonable time
         necessary for effective preparation, taking into account the exercise of due diligence.
         *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

**IT IS SO ORDERED.**

DATED: Feb 14, 2018                          _____
                                             LAUREL BEELER
                                             United States Magistrate Judge

STIPULATED: _____          _____
            Attorney for Defendant            Assistant United States Attorney

FILED

FEB 14 2018

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA